UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NORRIS VESSELL, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1325** |
| **STATE OF LOUISIANA**<br>**(PARISH OF ORLEANS)** | **SECTION "A"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation filed by petitioner on April 1, 2013 (Rec. Doc. 18), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Norris Vessell, Sr.'s petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 5th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE